UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE


<u>Merrimack Congregation of</u>
<u>Jehovah's Witnesses</u>

        v.                              Civil No. 10-cv-581-JD

<u>Town of Merrimack, et al.</u>


                              O R D E R


     On today's date, a preliminary pretrial conference was held in this case.  The following attorneys appeared:  Attorney Michael J. Tierney for plaintiff and Attorney Garry R. Lane for defendants.  Following a detailed discussion with both counsel about their areas of disagreement, the court approves the proposed Joint Discovery Plan (document no. 19) with the following amendments:

> **Completion of Discovery**:  Discovery shall be completed or before March 30, 2012.
>
> **Dates of disclosure of Experts and Experts' Written Reports and Supplementations**:  Plaintiff's disclosure due on or before November 1, 2011; defendants' disclosure due on or before January 15, 2012.  Plaintiff's supplementations due on or before February 1, 2012; defendants' supplementa- tions due on or before March 15, 2012.
>
> **Dispositive Motions**:  Motions to dismiss due on or before July 1, 2011.  Motions for summary judgment due 150 days before trial.

**Trial:** Two-week trial period starting May 15, 2012.

**Other Matters:** The Merrimack Zoning Board of Adjustment shall file a Certified Record of all proceedings below pursuant to N.H. Rev. Stat. Ann. § 677:8, on or before June 15, 2011.

_____
Landya B. McCafferty
United States Magistrate Judge

Date: May 12, 2011

cc: Garry R. Lane, Esq.
    Joseph W. Mead, Esq.
    Michael J. Tierney, Esq.